United States Attorneys offi.
Southern District of Indiana

# Civil Rights Compliant Form

3:22-cv-4

Trey A. Hall

Kosciusko Co. Jail Staff

221 W. main St.
Warsaw, IN 46580
Kosciusko

221 W. main St.
Warsaw, IN 46580
Kosciusko

- ☐ Hate Crime   ☐ Law Enforcement misconduct
- ☐ Prisoner or Institutionalized person Rights   ☐ Other: Cruel unusual punishment
- Police Brutality.

-FILED-
JAN - 3 2022
At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## Narritive:

On 12-17-21 at aprox. 10pm on E-Block Kosciusko County Jail in room 3 I was backed in to the corner of my Housing by officer (Dan Meza) and (Eric lindsey) Both of which are two very big officers. I was scared and Confused at the whole situation but Dan Meza and Eric lindsey would not communicate with me but instead put there hands on me for absolutely no reason. I showed no violents to them in return, they had no right to harm me like they did. Truly there passive and extremeness was in a

accessive way. I tried to communicate the entire time but both officers continued to brutally punch, choke and elbow me for some time. I was not in any way retaliating at them at any time. When Eric lindsey was holding my arms in a downward position Dan Meza was holding my throat with his elbow while also continuously punching me in my face. Dan Meza ordered Eric lindsey to let go of my arms as Dan Meza is choking me still holding me so that Eric lindsey could taze me for absolutely no reason it was 25,000 volts which were unbearable and horribly discomforting it was like a pain you don't wish anyone to expirence. Eric Lindsey after holding the taser to my stomach and shocking me he then stepped back and shot me in my with the taser in my stomach the metal hooks were a size that put pen hole in me one in the lower left of my stomach and the other right under my left chest. The feeling from the 25,000 volts was so unbearable that I fell to the ground on my face. Eric lindsey then accessivly grabbed me and threw me over in a uncomfortable way and twisted my

my arms in such a way that my wrists, my shoulders and r really my whole body was in discomfort and agonizing pain. Dan Meza and Eric lindsey after Brutally Beating me and ultamitely causing me injury and horrible pain Jerked me off the ground further putting me in more pain. I had knots across my forhead and brusing on both sides of my head. My Jaw was what felt like dislocated and in the process of the officers useing accessive force (punching me) I had at some point bit a chunk of my taunge on the left Side. I had lacerations in four area's (two wounds on my right side of my stomach) (one on my left side of my stomach) (one on my upper back right side) (on the top of my head was (a five to 6 inch laseration) My hands were in utter pain and both bruised very badly. My left forearm from my elbow to my wrist was bruised extremely badly. The top of my right foot was also in extreme pain also caused by both (Dan Meza) and (Eric lindsey). I was taken to the Hospital as a result of this and while there the nurse put a iv in my arm

took two viles of blood, urine sample, CT scan and five x-rays of multiple areas of my body. I have pain in multiple places of my body and chronic pain in my right hand which at times is extreme and unbearable. Furthermore the Hospital prescribed me Ibuprophen 800 mg tablets for the severe pain I am going through. I was Hospitalized at the hands of armed officers who brutally beat me but caused me trauma in other ways to. Room three was my House These Kosciusko County Jail Staff went to the extreme and used accessive force on me. I believe this was plane police violence, there is no Justification for this.

I do believe the Kosciusko County Jail Staff violated my Civil rights resulting from a policy, pattern or practice that Kosciusko County Jail Staff used. As for the violation of my Civil Rights I was Hospitalized and I feel strongly this is police violence at it's best and it's unjustifiable.

Christopher Meyers          (260)-424-0600

809 S Calhoun St # 400   Ft Wayne IN 46802

I have not filed a lawsuit concerning this matter.

I have followed the grievance process but no I haven't filed a compliant prior to this.

Trey Hull                    12-31-21