UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TREY A. HALL, <br><br> Plaintiff, <br><br> v. <br><br> KOSCIUSKO CO. JAIL STAFF, <br><br> Defendant. | CAUSE NO. 3:22-CV-4-DRL-MGG |

### ORDER

Trey A. Hall, a prisoner without a lawyer, filed a complaint and unsigned petition to proceed *in forma pauperis*. ECF 1; ECF 2. Federal Rule of Civil Procedure 11(a) requires that all filings be signed. Additionally, Mr. Hall did not use the court's approved prisoner complaint form, as required by Northern District of Indiana Local Rule 8-1. Mr. Hall will be afforded an opportunity to file a signed, amended complaint on the proper form and resolve his filing fee status by either paying the filing fee or filing a signed petition to proceed in forma pauperis along with a copy of his inmate trust fund ledger detailing his transactions for the past six months. For his convenience, the clerk will send him the appropriate forms. In preparing his amended complaint, he should complete each section of the form to the best of his ability, clearly identify each person he is suing, and clearly outline the factual basis of his claim against each defendant, providing as much detail as possible.

For these reasons, the court:

(1) DENIES the petition to proceed *in forma pauperis* (ECF 2);

(2) DIRECTS the clerk to place this cause number on a blank Pro Se 14 (INND Rev. 2/20) Prisoner Complaint form and a blank Prisoner Motion to Proceed In Forma Pauperis AO240 (Rev. 7/10)(INND Rev. 8/16) form and send them to Trey A. Hall;

(3) GRANTS Trey A. Hall until **February 10, 2022**, to file a signed, amended complaint on the form provided and resolve his filing fee status by either paying the filing fee or filing a signed motion to proceed *in forma pauperis* along with a copy of his inmate trust fund ledger detailing his transactions for the past six months; and

(4) CAUTIONS him that if he does not respond by the deadline, this case may be dismissed without further notice.

SO ORDERED.

January 7, 2022                                             *s/ Damon R. Leichty*
                                                            Judge, United States District Court